# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

PAMELA STUCKEY

v.                              CASE NO. 4:12cv00082 JMM

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., et al

### ORDER

Defendants Larry Crane, R.D. Bostic and Charles A. Holiday have filed a motion to dismiss Plaintiff's complaint (DE #3). Defendant Heritage Service Company has filed a motion for summary judgment (DE #5). The Plaintiff is hereby given an opportunity to respond to the motions before the Court rules on the motions. Plaintiff should file her response with the Clerk of the Court within eleven (11) days after the entry of this Order.

Plaintiff, who is proceeding *pro se,* is required to be familiar and comply with all Federal Rules of Civil Procedure as well as the Local Rules of this Court.

The Federal Rules of Civil Procedure are available in many libraries and bookstores and the Local Rules can be obtained from the District Clerk for the Eastern District of Arkansas. Plaintiff is instructed to be familiar and comply with said Rules.

Plaintiff must be familiar with Local Rule 5.5(c)(2), which provides that: "It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure."

IT IS SO ORDERED this 27th day of February, 2012.

_____
UNITED STATES DISTRICT JUDGE