**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| PAMELA STUCKEY, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| VS. | * | NO: 4:12CV00082   SWW |
| | * | |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., ET AL., | * | |
| | * | |
| Defendants. | * | |

**Order**

Before the Court is a motion to strike filed by separate defendant Worsham Law Firm, P.A. The motion [docket entry 33] is denied as moot. By Order dated April 9, 2012, the Court granted separate defendants' motions to dismiss and motion for summary judgment. *See* docket entry 34. Plaintiff's claims against ClearVue Opportunity IX LLC;  Mickel Law Firm; Heritage Service Company; Worsham Law Firm; Larry Crane; Charles Holladay; and R D Bostic are, therefore, dismissed.  The only remaining defendant is Mortgage Electronic Registration System.

SO ORDERED this 25th day of April, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE