# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN   DIVISION

|  |  |  |
|---|---|---|
| | * | |
| PAMELA STUCKEY, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| VS. | * | NO: 4:12CV00082   SWW |
| | * | |
| MORTGAGE ELECTRONIC | * | |
| REGISTRATION SYSTEMS, INC., | * | |
| ET AL., | * | |
| | * | |
| Defendants. | * | |
| | * | |
| | * | |
| | * | |

## Order

Plaintiff filed this lawsuit *pro se* on February 8, 2012.  All the defendants except

Mortgage Electronic Registration Systems, Inc. ("MERS"), responded with motions to dismiss

or for summary judgment.  The Court granted the motions and dismissed those defendants by

order entered on April 9, 2012.  On  April 25, 2012, the Court directed the parties to file a Rule

26(f) report by July 2, 2012.  No report has been filed.

Soon after she filed her complaint, the Court notified plaintiff that she is required to be

familiar with and comply with all Federal Rules of Civil Procedure as well as the Local Rules of

this Court.  Local Rule 5.5(c)(2) provides that it is plaintiff's duty to diligently prosecute her

case.  Failure to do so can result in dismissal of the action.

If plaintiff wishes to pursue this action against MERS, the only remaining defendant[1], she is directed to notify the Court no later than August 15, 2012.  Otherwise, her complaint may be dismissed for failure to prosecute.

SO ORDERED this 30th day of July, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT COURT

---

[1]The Court notes MERS has not answered or otherwise responded to plaintiff's complaint.