## IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

|  |  |  |
|---|---|---|
| PAMELA STUCKEY, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| VS. | * | NO: 4:12CV00082 SWW |
| | * | |
| MORTGAGE ELECTRONIC | * | |
| REGISTRATION SYSTEMS, INC., | * | |
| ET AL., | * | |
| | * | |
| Defendants. | * | |

### Order

The Court entered an Order on July 30, 2012, directing *pro se* plaintiff to notify the Court no later than August 15, 2012, if she wishes to pursue this action against the only remaining defendant. On August 7, 2012, mail sent to plaintiff by the Court was returned as "attempted - not known unable to forward." It appears that plaintiff has not complied with Local Rule 5.5(c)(2) which requires her to notify the Court of any change in her address and to prosecute her case diligently.

IT IS THEREFORE ORDERED that this cause is hereby dismissed without prejudice for plaintiff's failure to diligently prosecute.

DATED this 13th day of August, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT COURT