**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| PAMELA STUCKEY, | * | |
| Plaintiff, | * | |
| VS. | * | NO: 4:12CV00082 SWW |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., ET AL., | * | |
| Defendants. | * | |

**Judgment**

Pursuant to the Order entered in this matter on this date and the Orders entered on April 9, 2012, and May 23, 2012, plaintiff's claims against defendants are dismissed. The claims against Mortgage Electronic Registration Systems, Inc. are dismissed without prejudice; the claims against all other defendants are dismissed with prejudice.

DATED this 13th day of August, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT COURT